**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Lance HARKEY, also known as Lance Carl Harkey, Defendant–Appellant.**

**No. 08–10950**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 16, 2009.

Camille Elizabeth Sparks, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Lance Harkey, Dallas, TX, pro se.

Before SMITH, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Lance Harkey has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Harkey has filed a response. Our independent review of the record, counsel's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

brief, and Harkey's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under